**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                    :
J & J SPORTS PRODUCTIONS, INC.,          :          CIVIL ACTION
                                                    :
                    Plaintiff,                      :
                                                    :
          v.                                        :          No.  13-5336
                                                    :
MICHAEL GRAHAM, et al.,                   :
                                                    :
                    Defendants.                     :
_____:

**<u>O R D E R</u>**

　　　**AND NOW,** this   4th   day of April 2014, upon consideration of Defendants, Michael

Graham and JSMG, Inc.'s, Petition to Set Aside Default Judgment (Doc. No. 9), it is hereby

**ORDERED** that said Petition is **DENIED**.


                                        BY  THE  COURT:


                                        /s/ Robert F. Kelly_____
                                        ROBERT  F. KELLY
                                        SENIOR  JUDGE